ORDERED.

Dated:  February 06, 2019

_____
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **IN RE:** | **CASE NO.: 8:18-bk-09788-CPM** |
| | **CHAPTER 7** |
| **John O. Hoffman,** | |
| Debtor, | |
| **Antoinette L. Hoffman,** | |
| Joint Debtor. | |
| _____/ | |

**AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE was scheduled for hearing on February 26, 2019 at 9:30 AM on U.S. Bank National Association's ("Secured Creditor") Motion for Relief from Stay (Docket No. 13) and the Chapter 7 Trustee's Response (Docket No. 14).  The parties having agreed to the relief sought herein and the Court having been otherwise duly advised on the premises, accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED but the Order

1

shall not be effective until after ninety (90) days from entry of this Order to allow for the Chapter 7 Trustee to market the subject property for the benefit of the bankruptcy estate.

2. Secured Creditor shall immediately be able to conduct any property preservation dues it deems necessary to ensure the subject property is in secured and in compliance with all county code ordinances while the Chapter 7 Trustee markets the subject property but Secured Creditor shall not pursue its state court remedies until after the 90th day from entry of this Order.

3. The automatic stay imposed by 11 U.S.C. § 362 shall be terminated after the 90th day from entry of this Order as to the Secured Creditor's interest in the following property located at 12811 Tyler Run Ave, Odessa, Florida 33556, in Hillsborough County, Florida, and legally described as:

   **THE EAST ¼ OF TRACT 13 IN THE NORTHEAST 14 OF SECTION 7, TOWNSHIP 27 SOUTH, RANGE 17 EAST, KEYSTONE PARK COLONY ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 5, PAGE 55 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.**
   **AND THAT PART OF THE EAST ¼ OF TRACT 4 IN THE SOUTHEAST ¼ OF SECTION 7, TOWNSHIP 27 SOUTH RANGE 17 EAST, KEYSTONE PARK COLONY ACCORDING TO MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 5, PAGE 55 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, LYING NOTH OF TYLER RUN AVENUE.**

4. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above after the 90th day from entry of this Order. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

5. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence after 90 days from entry of this order in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

6. The hearing scheduled for February 26, 2019 is hereby cancelled by entry of this Order.

###

Attorney, Christopher P. Salamone, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.