UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 8:18-bk-09788-CPM
                                                                Chapter 7
John O. Hoffman
Antoinette L. Hoffman

      Debtors.
_____/

## TRUSTEE'S BILL OF SALE

For, and in consideration of the sum of $3,426.00 (Three Thousand Four Hundred Twenty Six Dollars and 00/100) in hand paid, the receipt and sufficiency of which is hereby acknowledged, CAROLYN R. CHANEY, Trustee in the bankruptcy estate of the above debtors, hereby conveys and transfers all right, title and interest, if any, she may as Trustee have in the following described property to:

      John O. and Antoinette L. Hoffman
      8153 English Elm Cir.
      Spring Hill, FL  34606

The property sold herein is:

      Non-exempt equity in the following items of personal property: 2013 Toyota Corolla LE, VIN #YFBU4EE8DP094262 ($514.00); 1996 Ford F150 VIN # IFTDX1728VNB11125 ($600.00); 2011 Toyota Camry VIN #4T1BF3EK7BU770741 ($20.00); Household goods and furnishings ($145.00); Electronics ($495.00); Golf clubs and bags ($80.00) Firearms ($925.00); Clothing ($150.00); Jewelry ($495.00); Cash ($2.00).

Carolyn R. Chaney, as Trustee, disclaims any warranty of any kind as to the merchantability or fitness for particular purpose, express or implied in the above item.  This sale is "as is, where is."   Dated:  February 13, 2019.

      /s/Carolyn R. Chaney, Trustee
      Post Office Box 530248
      St. Petersburg, FL 33747-0248
      Telephone: (727) 864-9851
      Email: carolyn.chaney@earthlink.net